UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-24015-CIV-ALTONAGA/Simonton

SUPER RESTORATION SERVICE CO.,

       Plaintiff,

v.

SUPERIOR RESTORATION, INC.,

       Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOTICE IS HEREBY GIVEN that the Plaintiff, Super Restoration Service Co., by and through the undersigned counsel, and pursuant to both the Settlement Agreement between the parties and Fed. R. Civ. P. 41(a)(1)(A)(i), hereby discontinues the above-entitled action and dismisses the Complaint (D.E. 1) without prejudice, with each party to bear its own fees and costs.

Date: February 13, 2013

    Respectfully submitted,

    **CONCEPCION MARTINEZ & BELLIDO**
    *Attorneys for Plaintiff*
    255 Aragon Ave., 2nd Floor
    Coral Gables, FL  33134
    Tel: (305) 444-6669
    Fax: (305) 444-3665

    /s/ELIO F. MARTINEZ
    ELIO F. MARTINEZ
    Florida Bar No: 501158
    emartinez@cfclaw.com
    NELSON C. BELLIDO
    Florida Bar No: 974048
    nbellido@cfclaw.com

CASE NO. 12-24015-CIV-ALTONAGA/Simonton

## **CERTIFICATE OF SERVICE**

   I hereby certify that on February 13, 2013, I filed the foregoing document via ECF and a copy of same was sent to Defendant via U.S. mail at:

Joseph Marraccino
Superior Restoration, Inc.
20273 State Rd. 7, Suite 135
Boca Raton, FL 33498

                /s/ELIO F. MARTINEZ